IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

STEVEN W. KEASTER                                                                                          PLAINTIFF

v.                                            Case No. 1:22-cv-01069

STATE OF ARKANSAS and
ARKANSAS GAME & FISH COMMISSION                                              DEFENDANTS

## ORDER

Before the Court is Plaintiff Steven W. Keaster's Motion to Voluntarily Dismiss Without Prejudice. ECF No. 18. Plaintiff gives notice that he voluntarily dismisses the above-styled cause against Defendants State of Arkansas and Arkansas Game & Fish Commission. An action may be dismissed by "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). The instant notice of dismissal was filed before Defendants served an answer or a motion for summary judgment. Accordingly, all of Plaintiff's claims against Defendants are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 20th day of January, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge